IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



APR 2 9 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| ALVIN J. DUNCAN, | CV 18-160-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |
| JOHN DOE, FCC, | |
| Defendants. | |

The United States Magistrate Judge filed Findings and Recommendations on April 9, 2019. (Doc. 8). The Magistrate recommended dismissing Alvin J. Duncan's Complaint as frivolous. (Doc. 8 at 1).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

1

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 8) are ADOPTED IN FULL.

IT IS FURTHER ORDERED the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2).

DATED this 29th day of April, 2019.

SUSAN P. WATTERS
United States District Judge